UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

CHAMBERS OF
J. FREDERICK MOTZ
UNITED STATES DISTRICT JUDGE

101 WEST LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-0782
(410) 962-2698 FAX

October 6, 2010

MEMO TO COUNSEL RE: John Cook, III, et al. v. Baltimore City Police Department, et al.
Civil No. JFM-10-332

Dear Counsel:

      I have reviewed the motion to quash filed by the Baltimore Police Department and the memoranda submitted in connection therewith.

      Although the Baltimore Police Department has not yet filed a reply memorandum, I am comfortable in ruling upon the motion to quash now. I am fully satisfied that the documents sought by plaintiffs are irrelevant to the claims that are now pending. Therefore, the Baltimore Police Department should not be put to the expense that would be required to assemble the documents requested by plaintiffs.

      Despite the informal nature of this letter, it should be flagged as an opinion and docketed as an order.

Very truly yours,

/s/

J. Frederick Motz
United States District Judge